[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 6, 2007
THOMAS K. KAHN
CLERK

No. 06-11326
Non-Argument Calendar

_____

D. C. Docket No. 05-00306-CR-T-23-MSS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MCJAMES SIMMONS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(June 6, 2007)**

Before BIRCH, MARCUS and HILL, Circuit Judges.

PER CURIAM:

Grady C. Irvin, appointed counsel for McJames Simmons, has filed a motion

to withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v.</u>

<u>California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent

review of the entire record reveals that counsel's assessment of the relative merit of

the appeal is correct.  Because independent examination of the entire record reveals

no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and

Simmons's convictions and sentences are **AFFIRMED.**